**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 21-10681 - B - 13
Terry LaVon Jacobs,                ) Docket Control No. MHM-1
          Debtor.                  ) Document No. 90
                                   ) Date: 06/15/2022
                                   ) Time: 9:30 AM
                                   ) Dept: B
```

**Order**

For the reasons set forth in the court's minutes, docket number 103, IT IS ORDERED that the Motion to Dismiss is DENIED AS MOOT.

Dated: Jun 15, 2022

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[90] - Motion/Application to Dismiss Case [MHM-1] Filed by Trustee Michael H. Meyer (hlum)